UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
E.E. on behalf of herself, and as next friend to her child, Y.A., and Y.A.,

                Plaintiffs,

- against -

NEW YORK CITY DEPARTMENT OF EDUCATION, et al.,

                Defendants.
------------------------------------------------------------X

23-CV-11310 (SHS) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

On September 9, 2024, the Court granted leave to Plaintiff to file an amended complaint. (Dkt. 26.) Plaintiff attempted to file an amended complaint on September 16, 2024, but the filing was deemed deficient for technical reasons. Plaintiff did not refile. Nor have the parties filed a status report within the last several months. Accordingly, Plaintiff shall refile the Amended Complaint by December 24, 2024, and the parties shall file a joint status report by December 31, 2024.

                SO ORDERED.

                _____
                ROBERT W. LEHRBURGER
                UNITED STATES MAGISTRATE JUDGE

Dated: December 17, 2024
       New York, New York

Copies transmitted this date to all counsel of record.