# THE LAW OFFICE OF
# ELISA HYMAN, P.C.

December 31, 2024

**BY ECF**
Hon. Robert W. Lehrburger
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 01/02/2025

Granted.

SO ORDERED:   01/02/2025

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Re:   *E.E., et al. v. NYC Dep't of Educ.*, 23-cv-11310 (SHS)(RWL)

Dear Judge Lehrburger:

I represent the Plaintiffs in the above-referenced action. The parties are writing jointly to request an extension of time to file the status letter due in the above-referenced case due today.

The parties propose an extension to January 10, 2024. Due to the issue with the deficiency in the First Amended Complaint and the holidays, the parties require additional time to meet and confer. This the parties' first request for an extension.

Thank you for Your Honor's consideration of this request.

I hope that you and Your Honor's staff have a Happy New Year.

Respectfully Submitted,

/s/ *Elisa Hyman*

_____

Elisa Hyman
Counsel for the Plaintiffs

Cc: Counsel of record